```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                 FEB - 2 2010

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MONAGHAN, | NO. CV 09-5698-DOC(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| SHERIFF OFFICER KYLE, et al., | |
| Defendants. | |

IT IS ADJUDGED that: (1) the First Amended Complaint is dismissed without leave to amend as to all Defendants; and (2) the entire action is dismissed without prejudice.

DATED: Jan. 25, 2010.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE